**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>CHARLES P BYRNE<br>PATRICIA K BYRNE<br>Debtors<br><br>GENISYS CREDIT UNION<br>Movant | CASE NO. 26-13494-djb<br><br>CHAPTER 13<br><br>**Hearing Date: 10/15/2026**<br>**Hearing Time: 11:00 a.m.** |

**MOTION BY GENISYS CREDIT UNION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362(d) AND WAIVER OF 14-DAY STAY UNDER FED. BANKR. RULE 4001(a)(4)**

The Motion of Movant, by its attorney Milos Gvozdenovic, respectfully represents:

1. On 8/20/26, the Debtors filed a voluntary petition commencing a case under Chapter 13, Title 11, United States Code, and for the entry of an Order for Relief.

2. Movant holds a valid security interest in one 2026 Forest River No Boundries 18.2 BM, VIN # 5NHTRDT1XTD211991, evidenced by a Certificate of Title (“Title”). A copy of a Loan and Security Agreements, and Disclosure Statement executed by the Debtors, and the Title are attached hereto as Exhibit “A”.

3. This is an action under 11 U.S.C. Section 362(d) to vacate or modify a stay granted under 11 U.S.C. Section 362(a) to permit repossession and sale of the subject vehicle.

4. At the time of the filing of this Motion, the Debtors Plan provides for Surrender of the collateral.

5. The Debtor’s Payoff balance as of 8/20/26 is $41,763.78.

6. Pursuant to Progressive Preferred Insurance Company the collateral is a total loss. A copy of the Letter of Guarantee is attached hereto as Exhibit “B”.

7. Creditor moves for relief so that they can apply the insurance proceeds because the Collateral is a total loss due to an Auto accident.

8. Movant is entitled to relief pursuant to 11 U.S.C. 362 (d) because there is little or no equity in the collateral for the benefit of the bankruptcy estate, because the collateral is a total loss, and Movant is not adequately protected.

WHEREFORE, Movant prays that the stay pursuant to Section 362(a) of Title 11 United States Code be modified to allow Movant to exercise any and all of its remedies under its loan documentation and under state

law to proceed with repossession and sale of the subject vehicle, that the 14-day stay provided by Fed. Bankr. Rule 4001(a)(4) is waived, and that it have such other relief as is just.

/s/Milos Gvozdenovic
Milos Gvozdenovic
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
5990 West Creek Road, Suite 200
Independence, OH 44131
216-739-5647
mgvozdenovic@weltman.com